## LOVELACE v. CUNY.

Decision in *Adle* v. *Anty*, 1 An. Rep. 260, affirmed.

APPEAL, by the defendant, from a judgment of the District Court of Catahoula, *Barry*, J. *Mayo*, for the plaintiff. *Cuny*, for the appellant. The judgment of the court was pronounced by

SLIDELL, J. This case is not distinguishable from that of *Adle* v. *Anty*, 1 An. Rep. 260. For the reasons then given, it is decreed that the judgment of the District Court be reversed, and that this cause be remanded for further proceedings according to law ; the plaintiff paying the costs of this appeal.